UNITED STATES of America, Plaintiff—Appellee,

v.

Ernesto YEPEZ–BEDOLLA, Defendant—Appellant.

No. 02–10631.
D.C. No. CR–02–00506–EHC.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 17, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Ernesto Yepez–Bedolla appeals his jury conviction of attempting to re-enter the

United States after deportation in violation of 8 U.S.C. § 1326(a). Yepez–Bedolla contends that his conviction cannot stand because at all times during the alleged attempt to re-enter he was never free from official restraint and because the district court refused to instruct the jury that "official restraint" precludes a conviction for attempted re-entry. These contentions are foreclosed by *United States v. Leos–Maldonado*, 302 F.3d 1061, 1063–64 (9th Cir.2002). *See also United States v. Rivera–Relle*, 322 F.3d 670, 675 (9th Cir.2003) (the offense of attempting to enter the United States does not require that the defendant be free from official restraint).

**AFFIRMED.**

Roy Junior MARKS, Plaintiff—Appellant,

v.

Terry STEWART, Director;  et al., Defendants—Appellees.

No. 02–15350.
D.C. No. CV–97–01656–EHC(VAM).

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted June 9, 2003.*
Decided June 17, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.